IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GABRIEL MWANGI, #A-200140230

    Petitioner,

v.                                         4:14cv486-WS

ERIC H. HOLDER,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed November 3, 2014.  See Doc. 4.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for failure to comply with a court order and for failure to prosecute.

Having considered the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and

incorporated by reference into this order of the court.

2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice for failure to comply with a court order and failure to prosecute.

3.  The clerk is directed to enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   1st   day of    December   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE